1              IN THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF FLORIDA
2               CASE NO. 16-10080-CIV-MOORE/WHITE

3

CHRISTOPHER E. VALDEZ,
4
        PLAINTIFF,
5
vs.
6
ARMOR CORRECTIONAL, et al.,
7
        DEFENDANTS.
8  _____ /

9
                         1599 SW 187th Avenue
10                       Miami, FL
                         May 15, 2017
11                       1:45 p.m. - 3:24 p.m.

12

13

14

15

16

17

18

19                  VIDEOTAPED DEPOSITION
                            OF
20                  CHRISTOPHER E. VALDEZ

21

22

23

24

25

```
 1    I never did find out, you know, never -- I always

 2    thought it was Chen the whole time I knew her

 3    there.  I always called her that.

 4         Q.    And this doctor you're talking about,

 5    it's a female doctor?

 6         A.    Yes, sir.

 7         Q.    If I told you her real name is Dr. Chan,

 8    would you have any argument with that?

 9         A.    No, sir.

10         Q.    No, okay.  All right.  We'll call her

11    Dr. Chan, then, since that's the right name, all

12    right?

13         A.    Okay.

14         Q.    When is the first time that you met Dr.

15    Chan?  When I mean by "met", I mean when you came

16    back to the Monroe Detention Center on October 6,

17    2015, when's the first time you met that doctor

18    that time?

19         A.    I can't recall.

20         Q.    You don't recall?

21         A.    No, sir.

22         Q.    Do you recall -- well, so you don't

23    recall the first time you met her?

24         A.    No, sir.

25         Q.    How many times did Dr. Chan see you when
```

31

1    you were in the Monroe County Detention Center in

2    2015 and 2016?

3         A.    Quite a few.

4         Q.    Quite a few.  Why did she see you?

5         A.    First I went there about my eye.  Then I

6    went there about the fall.  Then I got an ear

7    problem there where my ear got really infected,

8    and something else.  She got me foot fungus cream

9    and all that other stuff.  I seen her maybe like

10   eight or nine times.

11        Q.    Okay.  Do you have any information, any

12   knowledge of how patients are assigned to certain

13   healthcare providers in the Monroe County jail?

14        A.    I just know the high blood pressure

15   people have a doctor.  Chronic illness have a

16   doctor, and it's her.  Surgery, like they have

17   staff.  Most of them see her.  Most all of us see

18   her, the people there.

19        Q.    Okay.  Maybe my question wasn't as clear

20   as it should have been.  There are a number of

21   healthcare providers in the Monroe County jail,

22   correct?

23        A.    Yes, sir.

24        Q.    Do you know on a particular day at a

25   particular time how a particular inmate might be

```
 1        Q.    How about Delante McCoy?

 2        A.    That's for the other case.

 3        Q.    Okay.  Steven Watkins?

 4        A.    That's the other case.

 5        Q.    So none of those three people have any

 6  information regarding Dr. Chan?

 7        A.    No, sir.

 8        Q.    Okay.  All right.  You wrote in your

 9  complaint -- well, let me back up.

10             After the deputy revives you, what

11  happens then on December 28th shortly after 3:00

12  in the morning?

13        A.    He called medical.  They don't come.  He

14  called again.  They don't come.  Officer comes and

15  he says he don't know where they are.  He goes, he

16  gets a wheelchair and he comes back and he gets me

17  and he takes me down there.

18        Q.    Okay.  Let me slow you down.  Would I be

19  correct you have no idea where the medical

20  personnel may have been or why they didn't respond

21  to your cell, right?

22        A.    No, sir.  No, sir.

23        Q.    What you do know is that a wheelchair

24  was obtained, you were placed in the wheelchair,

25  and you were taken to medical?
```

```
 1        A.      Yes, sir.

 2        Q.      Right?  And this is in the early morning

 3   hours of December 28, 2015, correct?

 4        A.      Yes, sir.

 5        Q.      And medical personnel saw you at that

 6   time, correct?

 7        A.      Yeah, she saw me.  That's about it.

 8        Q.      Who was it that saw you?

 9        A.      A Russian girl.  She had a real crazy

10   name.

11        Q.      A Russian nurse?

12        A.      Yes.

13        Q.      Dr. Chan wasn't even at the jail at that

14   time, correct?

15        A.      No, sir.

16        Q.      Okay.  The Russian nurse saw you and

17   examined you for injuries, correct?

18        A.      (Nodded head in the affirmative.)

19        Q.      Yes?

20        A.      Yes, sir.

21        Q.      And where were your injuries?

22        A.      My head.

23        Q.      The side of your head?

24        A.      Yes, sir.

25        Q.      Which side of your head?
```

```
 1        A.    30 something -- we recalculated.  It's

 2   like 38 hours, in that area, from the time I fell

 3   and saw Dr. Chan at 5:00 p.m. that afternoon on

 4   the 29th.  I think it was 5:00 p.m. I saw her.

 5        Q.    The medical records indicate that on

 6   December 29th at 2:17 p.m. is when Dr. Chan saw

 7   you for the first time after you fell out of your

 8   bed; does that sound right?

 9        A.    It's about right.

10        Q.    Could be right?

11        A.    She did nothing.

12        Q.    She what?

13        A.    She did nothing.

14        Q.    Okay.  She examined your wound, correct?

15        A.    She looked at my head and she said, It's

16   healing, and that was it.

17        Q.    Right.  She put on rubber gloves, right?

18        A.    (Shook head in the negative.)

19        Q.    No?

20        A.    She never touched me.

21        Q.    Have you ever written in any grievances

22   that Dr. Chan put on rubber gloves and examined

23   your head wound?

24        A.    No.

25        Q.    No?
```

```
 1        A.     I don't recall putting that in mine.

 2        Q.     You're sure of that, right?

 3        A.     I'm not sure.

 4        Q.     You're not sure; you might have said

 5   that?

 6        A.     She didn't put on gloves, I know that

 7   for a fact, so I didn't put that there.

 8        Q.     You never wrote, Then the next day I was

 9   seen by Dr. Chen -- you're right.  Literally you

10   put in parentheses, she put on some gloves and

11   looked at my wound and said, quote, "it's

12   healing", end quote.  That never happened?

13        A.     Yes.

14        Q.     That did happen?

15        A.     Yes.

16        Q.     Now you remember?

17        A.     Now I remember.

18        Q.     Oh, okay.  And you wrote that?

19        A.     Yes.

20        Q.     Because that's what happened?

21        A.     That's what happened.

22        Q.     All right.  And that happened on the

23   29th?

24        A.     Yes, sir.

25        Q.     Correct, the first time that she saw
```

```
 1         Q.     So at any rate, again, between

 2   December 29th, when she first saw you, and

 3   January 12th, when she saw you the second time,

 4   you have no idea what Dr. Chan did or said or why

 5   she didn't see you in between, do you?

 6         A.     No.

 7         Q.     No, okay.  But on December -- on

 8   January the 12th, Dr. Chan does see you, correct?

 9         A.     Yes.

10         Q.     And the reason Dr. Chan is seeing you is

11   for your complaint of the injuries that you say

12   you got when you fell out of bed, right?

13         A.     Yes, sir.

14         Q.     Yes.  And she examined you again,

15   correct?

16         A.     No.  She --

17         Q.     What did she do?

18         A.     She asked me -- well, basically she

19   tells me, I'm not doing this because you called

20   your lawyer.  I'm doing this because I want to

21   know what is it that you want me to do.  I said, I

22   want you to do something.  You did nothing for me.

23   You looked at me and you sent me away.  I'm

24   51 years old.  I fell on my head, and y'all don't

25   want to give me no medical treatment.
```

48

        Q.    And what Dr. Chan did was she ordered

X-rays to be taken, right?

        A.    She did.

        Q.    Yes?  She ordered X-rays of your

cervical spine, which is in your neck, and she

also ordered X-rays of your right shoulder,

correct?

        A.    (Nodded head in the affirmative.)

        Q.    And do you know the results of those

X-rays?

        A.    No, sir.  I asked for copies of them.

        Q.    What?

        A.    I asked for copies of the X-rays.

        Q.    Okay.  So would it surprise you if I

told you that the X-rays that were taken indicated

there's nothing -- no traumatic injury from you

falling out of bed?  The X-rays were essentially

normal.  You didn't know that?

        A.    No.

        Q.    No.  You would expect Dr. Chan to rely

on X-rays to figure out if there's anything wrong

with you, right?

        A.    She said there was something wrong with

me and that I have to do exercises with my hand up

the wall and that I have to turn my head slowly.

```
 1    She said she saw something wrong with my neck, but

 2    it was nothing really serious and that I have to

 3    work my head slowly.

 4              My head hasn't been able to turn all the

 5    way this way (indicating) since that happened.  I

 6    can look this way (indicating), but this way --

 7         Q.    Okay.  Did Dr. Chan see you any other

 8    time after January the 12th for the injuries you

 9    say you got from falling out of bed?

10         A.    I don't recall.  I don't think so.  I

11    don't recall.

12         Q.    Let me jog your memory.  How about

13    January 22nd?  She saw you again, didn't she, or

14    you don't remember?

15         A.    For my ear?

16         Q.    No, for the injury you said you got from

17    falling out of bed.  You don't remember that?

18         A.    No, sir.

19         Q.    That would have been the time when she

20    had gotten the X-rays back and found out that they

21    were essentially normal?

22         A.    Is that what it says?

23         Q.    That's what the X-ray said.

24         A.    But I mean, okay, I got this doctor -- I

25    mean, this attorney Cara Higgins out of Key West
```

52

```
 1    but you just got to answer the questions.  My

 2    question is very simple.

 3              Have any of the doctors back here in

 4    Everglades Correctional Institute, the prison,

 5    said, oh, I think you need further testing to see

 6    if there's anything wrong with your head or your

 7    neck or your shoulder?  Has any of them said that?

 8         A.    Does a nurse practitioner, um, is a

 9    doctor, do you consider her a doctor?

10         Q.    Yeah, a nurse practitioner, yeah.

11         A.    Yes, a nurse practitioner, yes, that's

12    who I saw here.

13         Q.    Who is that?

14         A.    I don't know her name.

15         Q.    So when was this that a nurse

16    practitioner --

17         A.    I seen her several times.

18         Q.    And what does she say to you?

19         A.    They put me on Motrin.

20         Q.    Motrin is like aspirin.  That wasn't my

21    question.  Stick with my question here.  It's very

22    simple.

23              My question is this.  Has any medical

24    person in the Florida state prison said, I think

25    in my medical training and experience that there
```

53

```
 1    could be something else wrong with your head or

 2    your neck or your shoulders and we need to order

 3    further tests?  Has anybody said that?

 4         A.    No.

 5         Q.    No.  And since you have been back here

 6    in prison for over a year now, there haven't been

 7    any medical tests, X-rays, MRIs, any tests

 8    whatsoever done on your head, your neck or your

 9    shoulder; am I right?

10         A.    No.  And there's not going to be.

11         Q.    Okay.  I'm just asking you what has

12    happened.  I'm not asking you what's going to be,

13    what could have been.  I'm just saying that the

14    trained medical people here have not done anything

15    more than what Dr. Chan did, right?

16         A.    Right.

17         Q.    In fact, they've done less than

18    Dr. Chan, because it was Dr. Chan that ordered the

19    cervical X-ray and the right shoulder X-ray,

20    correct?

21         A.    Right.

22         Q.    They haven't done that here in the

23    prison, right?

24         A.    No.

25         Q.    And the only thing they have done for
```

```
 1          A.      (Nodded head in the affirmative.)

 2          Q.      Yes?

 3          A.      Yes.

 4          Q.      But the medical people here at the

 5     prison did no testing, right?

 6          A.      No.

 7          Q.      They just gave you some Motrin, right?

 8          A.      (Nodded head in the affirmative.)

 9          Q.      Correct?

10          A.      Correct.

11          Q.      Yes.  Okay.  What about the lacerations

12     on the left side of your head; are they healed

13     now?

14          A.      Yes.

15          Q.      Yes.  Nobody ever gave you stitches?

16          A.      Nobody gave me stitches.

17          Q.      They healed on their own?

18          A.      Yes.

19          Q.      Okay.  Correct me if I'm wrong, but what

20     your lawsuit boils down to is that you have a

21     difference of opinion with Dr. Chan.  You believe

22     that Dr. Chan should have done more for you than

23     she did, right?

24          A.      Right.

25          Q.      Yes?  That's your lawsuit completely?
```

103

```
 1                    CERTIFICATE OF OATH

 2
       STATE OF FLORIDA )
 3                      SS
       COUNTY OF DADE)
 4

 5            I, the undersigned authority, certify

 6     that CHRISTOPHER VALDEZ personally appeared before

 7     me and was duly sworn.

 8            WITNESS my hand and official seal this

 9     16th day of June, 2017.

10

11

12     DINA A                          Florida
       Notary                State of  Florida
13

14

15

16

17

18

19

20

21

22

23

24

25
```